# United States Court of Appeals
## For the First Circuit

No. 02-2705

BOBBI-LYN REED

Plaintiff, Appellant,

v.

MBNA MARKETING SYSTEMS, INC.,
MBNA AMERICA BANK, N.A., and
MBNA AMERICA CORPORATION,

Defendants, Appellees.

ERRATA SHEET

The opinion of this Court, issued on June 19, 2003, should be amended as follows.

On page 12, line 1 of full paragraph, replace "the" with "that".